United States District Court
Southern District of Texas
**ENTERED**
June 28, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| JANET WISE | § | |
| | § | |
| | § | CIVIL ACTION NO. 6:19-CV-00033 |
| VS. | § | |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | DEFENDANT DEMANDS A JURY |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties request as stated in **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (A)(1)(II)**, the Court hereby dismisses this case with prejudice with costs taxed against the party incurring same.

SIGNED _____June 28_____, 2021.


_____
UNITED STATES DISTRICT JUDGE


APPROVED AND ENTRY REQUESTED:

THE TODD LAW GROUP, PLLC

*/s/ Jeff N. Todd*
JEFFREY N. TODD
State Bar No. 24028048
12929 Gulf Freeway, Suite 301
Houston, Texas 77034
Telephone no. (832) 243-4953
Facsimile no. (713) 583-7818
jeff@jefftoddlaw.com

ATTORNEY FOR PLAINTIFF,
JANET WISE

BUSH & RAMIREZ, PLLC

*/s/ Stephanie B. Donaho*
John A. Ramirez
State Bar No. 00798450
Federal ID No. 21280
Stephanie B. Donaho
State Bar No. 24055213
Federal ID No. 3028742
5615 Kirby Drive, Suite 900
Houston, Texas 77005
Telephone: (713) 626-1555
Facsimile: (713) 622-8077
jramirez.atty@bushramirez.com
sdonaho.atty@bushramirez.com

ATTORNEYS FOR DEFENDANT,
WAL-MART STORES TEXAS, LLC